MORRIS KRISHINSKY, Appellant, v. MAX RUBIN, Respondent.— Order affirmed,

---

* Appeal dismissed, 259 N. Y. ——.

with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.